UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA E. HOUSHOLDER,
    Plaintiff,

No. 1:08-cv-937

-v-

HONORABLE PAUL L. MALONEY

HASTINGS MUTUAL INSURANCE COMPANY,
    Defendant.

## JUDGMENT

Having granted Defendant Hastings Mutual Insurance Company's motion for summary judgment and resolved the remaining claims, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Defendant Hastings Mutual and against Plaintiff Housholder.

This action is **TERMINATED.**

**IT IS SO ORDERED.**

Date:  December 15, 2009                    /s/ Paul L. Maloney
                                                                                     Paul L. Maloney
                                                                                      Chief United States District Judge