UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA E. HOUSHOLDER,
      Plaintiff,

No. 1:08-cv-937

-v-

HONORABLE PAUL L. MALONEY

HASTINGS MUTUAL INSURANCE COMPANY,
      Defendant.

ORDER TO FILE DOCUMENT

On March 18, 2010, the Sixth Circuit Court of Appeals remanded this action to this court "for the limited purposes of considering the plaintiff's February 8 response as a motion for extension of time to appeal and ruling on the same." *Housholder v. Hastings Mut. Ins. Co.*, No. 10-1070 (6th Cir. Mar. 18, 2010) (order). Accordingly, Plaintiff **SHALL FILE** her "February 8 response" with this court so that it may be considered and ruled upon as directed. Plaintiff shall have seven (7) days from the date of this order to file the document. **IT IS SO ORDERED.**

Date:  April 1, 2010                                         /s/ Paul L. Maloney
                                                                           Paul L. Maloney
                                                                           Chief United States District Judge