UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA E. HOUSHOLDER,
     Plaintiff,

No. 1:08-cv-937

-v-

HONORABLE PAUL L. MALONEY

HASTINGS MUTUAL INSURANCE COMPANY,
     Defendant.

## ORDER VACATING ORDER AND ORDER TO FILE REPLY

Following the limited purpose remand of this action by the Sixth Circuit Court of Appeals, on April 1, 2010, this court ordered Plaintiff to file its "February 8" response to the Sixth Circuit's Show Cause order so that the response could be considered as a motion for extension of time to file an appeal. Between the time that the draft of the April 1 order was prepared and approved, and the time when the order was loaded into the CM-ECF system, Defendant filed a "Response to The Court of Appeals Order of March 18, 2010." Included in Defendant's submission, as exhibit 5, is Plaintiff's "February 8" response.

Therefore, **IT IS HEREBY ORDERED** that this court's April 1 order (Dkt. No. 62) is **VACATED.**

**IT IS FURTHER ORDERED** that Plaintiff will **FILE A REPLY** to Defendant's April 2 response within fourteen (14) days of the date of this order.

Date:   April 2, 2010                                       /s/ Paul L. Maloney
                                                                                Paul L. Maloney
                                                                                Chief United States District Judge